PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRE GRIGSBY,<br><br>    Defendant. | CASE NO. 1:22-CR-00150-ADA-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER THEREON<br><br>Court: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a CHANGE OF PLEA HEARING on October 2, 2023, at 1:00 p.m.

2.  By this stipulation, defendant now moves to continue the change of plea hearing until **November 6, 2023 at 8:30 a.m.** before the Hon. Ana de Alba.  The reason for the continuance is the defendant's counsel's unavailability.  The rescheduled date is the earliest date that the Court has available. Thus, the proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, surveillance video,

audio recordings, cell phone extractions, and other voluminous materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 2, 2023, to November 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) because it is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 22, 2023                                PHILLIP A. TALBERT
                                                         United States Attorney

                                                         By: /s/ JUSTIN J. GILIO
                                                         JUSTIN J. GILIO
                                                         Assistant United States Attorney

STIPULATION TO CONTINUE                    2

Dated: September 22, 2023

/s/ *Steve Crawford*
Attorney for Defendant Andre Grigsby

IT IS SO ORDERED.

Dated:   September 22, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE                              3