STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
P.O. Box 553
Grover Beach, CA 93483
Tel: 805-458-6312
Slcrawfordlaw@gmail.com

Attorney for Defendant
         ANDRE MARCELLE GRIGSBY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:22-CR-00150-NONE-BAM |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING HEARING |
| ANDRE MARCELLE GRIGSBY, | ) |
| Defendant. | ) Judge: NONE |

TO: THE HONORABLE District Court Judge, Eastern District of California.

   IT IS HEREBY STIPULATED by and between the parties in this action that the current dates set for the sentencing hearing in the above entitled case be changed from March 22, 2024 to April 29, 2024 at 8:30 a.m. or as soon thereafter as the court is able.

   This stipulation is needed based on the fact that defense counsel and the government have run across several sentencing issues that we need to address prior to the sentencing hearing moving forward. In addition, Defense counsel and the AUSA need additional time to discuss and find resolutions to these issues.

- 1

These issues are important and may have a significant impact on the defendant's sentence.

Respectfully submitted,

March 15, 2024

                                    /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for
ANDRE GRIGSBY

                                    /s/ Robert Veneman-Hughes
Robert Veneman-Hughes, Assistant
United States Attorney

**ORDER**

    IT IS SO ORDERED that the sentencing hearing is continued from March 22, 2024, to **April 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **March 15, 2024**                             /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE