STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
      ANDRE MARCELLE GRIGSBY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:22-CR-00150 NODJ BAM |
| Plaintiff, | ) |
| vs. | ) ORDER FOR TEMPORARY RELEASE TO |
| ANDRE MARCELLE GRIGSBY, | ) ATTEND GRANDMOTHER'S FUNERAL |
| Defendant. | ) |

    Upon consideration of Defendant ANDRE GRIGSBY's motion for temporary release for attendance at his grandmother's (Paulina Layne, at AM-Amos Temple CMC Church/Riverside Burial-Riverside National Cemetery at 17925 Iris Ave., Riverside, CA at 11 am on April 30, 2024. IT IS HEREBY ORDERED that the motion for temporary release in order to attend the funeral services is GRANTED. Defendant Andre Grigsby is hereby released to the custody of Licensed Private Investigator Canute (Ken) Garza for transportation to the services of Paulina Layne on April 30, 2024. The defendant is ordered to abstain from the use of any alcohol and is ordered not to associate with any gang members. Central Valley Annex is ordered to release Mr. Grigsby to the custody of PI Garza at 6 am and Mr. Garza is ordered to be in constant custody of the defendant until returning him to CVA on or before 6 p.m. on April 30, 2024.

    The Defendant is ordered to abide by all rules and regulations issued by the United States Probation during his release.

IT IS SO ORDERED.

Dated: **April 29, 2024**                          /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE